Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21–18456–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John S. Agugliaro
   1290 Sioux Road
   North Brunswick, NJ 08902

Social Security No.:
   xxx–xx–2079

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:     4/5/22
Time:     02:00 PM
Location:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Law Offices of David Wolff LLC, Trustee's Attorney

COMMISSION OR FEES
Fees: $5,900.00

EXPENSES
$46.51

If this is a chapter 13 case, the fees and expenses awarded:

☐     will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐     will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 2, 2022
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 21-18456-CMG

John S. Agugliaro                                                               Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                              Page 1 of 3

Date Rcvd: Mar 02, 2022                        Form ID: 137                             Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John S. Agugliaro, 1290 Sioux Road, North Brunswick, NJ 08902-1614 |
| 519347472 | + | AMEX/DSNB, 9111 Duke Blvd., Mason, OH 45040-8999 |
| 519347474 | + | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519347473 | + | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519347486 | + | Discover Bank, 502 E Market St, Greenwood, DE 19950-9700 |
| 519347487 | | Equiant Financial Svcs, 5401 N Pima Rd., Ste 150, Chandler, AZ 85226 |
| 519347488 | + | FNB/Omaha, POB 3412, Omaha, NE 68197-0001 |
| 519519885 | + | First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197-0002 |
| 519347492 | + | Isle of Bali II Condominium Association, PO Box 8526, Coral Springs, FL 33075-8526 |
| 519347496 | + | Kia Motors Finance, 4000 MacArthur Blvd, Ste 1000, Newport Beach, CA 92660-2544 |
| 519347501 | + | Nikki Agugliaro, 118 S 8th Avenue, Highland Park, NJ 08904-3106 |
| 519347503 | + | Raritan Bay FCU, 491 Raritan Street, Sayreville, NJ 08872-1442 |
| 519347515 | + | WF Bank, POB 14517, Des Moines, IA 50306-3517 |
| 519347514 | + | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 02 2022 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 02 2022 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519347471 | + | Email/PDF: bncnotices@becket-lee.com | Mar 02 2022 20:37:45 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519347475 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 02 2022 20:32:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 519347480 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2022 20:37:55 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519347476 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 02 2022 20:37:51 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519347477 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 02 2022 20:38:00 | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519516159 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2022 20:38:03 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519347481 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2022 20:38:03 | Citicards/CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519347482 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 02 2022 20:33:00 | ComenityCB/Haband, POB 182120, Columbus, OH 43218-2120 |

District/off: 0312-3     User: admin     Page 2 of 3

Date Rcvd: Mar 02, 2022     Form ID: 137     Total Noticed: 48

| ID | Method | Date | Recipient |
|---|---|---|---|
| 519347484 | Email/Text: mrdiscen@discover.com | Mar 02 2022 20:32:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 519347500 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2022 20:38:03 | Macys/DSNB, PO Box 8218, Mason, OH 45040 |
| 519347483 | + Email/Text: mrdiscen@discover.com | Mar 02 2022 20:32:00 | Discover, POB 3025, New Albany, OH 43054-3025 |
| 519516293 | Email/Text: mrdiscen@discover.com | Mar 02 2022 20:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519347489 | + Email/Text: EBNBKNOT@ford.com | Mar 02 2022 20:33:00 | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 519347490 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2022 20:38:03 | Goodyear/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519347491 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 02 2022 20:33:00 | Hyundai Capital America, 4000 MacArthur Blvd, Newport Beach, CA 92660-2558 |
| 519347494 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 02 2022 20:37:43 | JPMCB Card, POB 15369, Wilmington, DE 19850 |
| 519347495 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 02 2022 20:37:50 | JPMCB Home, 700 Kansas LN, Monroe, LA 71203 |
| 519347497 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 02 2022 20:32:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 519347498 | + Email/Text: Documentfiling@lciinc.com | Mar 02 2022 20:32:00 | Lending Club Corporation, 21 Stevenson, Suite 300, San Francisco, CA 94105-2706 |
| 519347499 | Email/Text: camanagement@mtb.com | Mar 02 2022 20:32:00 | M & T Bank, 1 Fountain Plaza, 4th Floor, Buffalo, NY 14203 |
| 519347502 | + Email/Text: bankruptcyteam@quickenloans.com | Mar 02 2022 20:33:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519347507 | + Email/PDF: gecsedi@recoverycorp.com | Mar 02 2022 20:38:00 | SYNCB/Home, PO Box 965036, Orlando, FL 32896-5036 |
| 519347508 | + Email/PDF: gecsedi@recoverycorp.com | Mar 02 2022 20:37:45 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 519347509 | + Email/PDF: gecsedi@recoverycorp.com | Mar 02 2022 20:37:44 | SYNCB/PC Richard, PO Box 965036, Orlando, FL 32896-5036 |
| 519347510 | + Email/PDF: gecsedi@recoverycorp.com | Mar 02 2022 20:37:44 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 519347504 | + Email/Text: ebn_bkrt_forms@salliemae.com | Mar 02 2022 20:33:00 | Sallie Mae, PO Box 3229, Wilmington, DE 19804-0229 |
| 519347505 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2022 20:37:47 | Sears/CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 519347506 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2022 20:38:03 | Sears/CBNA, PO Box 6189, Sioux Falls, SD 57117-6189 |
| 519347511 | + Email/PDF: gecsedi@recoverycorp.com | Mar 02 2022 20:38:00 | Synchrony Bank, POB 960061, Orlando, FL 32896-0061 |
| 519348733 | + Email/PDF: gecsedi@recoverycorp.com | Mar 02 2022 20:37:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519347512 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2022 20:38:03 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519347513 | + Email/Text: bnc-bluestem@quantum3group.com | Mar 02 2022 20:33:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 34

District/off: 0312-3                          User: admin                                      Page 3 of 3
Date Rcvd: Mar 02, 2022                        Form ID: 137                                    Total Noticed: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519347478 | *+ | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519347479 | *+ | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519347485 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, PO Box 15316, Wilmington, DE 19850 |
| 519347493 | *+ | Isle of Bali II Condominium Association, PO Box 8526, Coral Springs, FL 33075-8526 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2022                             Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew G. Greenberg | on behalf of Debtor John S. Agugliaro a.greenberglawfirm@verizon.net |
| David Wolff | on behalf of Trustee David Wolff dwtrustee@verizon.net NJ50@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5