Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  21−18456−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John S. Agugliaro
   1290 Sioux Road
   North Brunswick, NJ 08902

Social Security No.:
   xxx−xx−2079

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               5/4/22
Time:              10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 8, 2022
JAN: gan

                                                 Jeanne Naughton
                                                 Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-18456-CMG |
| John S. Agugliaro | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 08, 2022 | Form ID: 132 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John S. Agugliaro, 1290 Sioux Road, North Brunswick, NJ 08902-1614 |
| 519347472 | + | AMEX/DSNB, 9111 Duke Blvd., Mason, OH 45040-8999 |
| 519347474 | + | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519347473 | + | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519347486 | + | Discover Bank, 502 E Market St, Greenwood, DE 19950-9700 |
| 519347487 | | Equiant Financial Svcs, 5401 N Pima Rd., Ste 150, Chandler, AZ 85226 |
| 519347488 | + | FNB/Omaha, POB 3412, Omaha, NE 68197-0001 |
| 519519885 | + | First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197-0002 |
| 519347492 | + | Isle of Bali II Condominium Association, PO Box 8526, Coral Springs, FL 33075-8526 |
| 519347496 | + | Kia Motors Finance, 4000 MacArthur Blvd, Ste 1000, Newport Beach, CA 92660-2544 |
| 519347501 | + | Nikki Agugliaro, 118 S 8th Avenue, Highland Park, NJ 08904-3106 |
| 519347503 | + | Raritan Bay FCU, 491 Raritan Street, Sayreville, NJ 08872-1442 |
| 519347515 | + | WF Bank, POB 14517, Des Moines, IA 50306-3517 |
| 519347514 | + | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 519520786 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 08 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 08 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519347471 | + | Email/PDF: bncnotices@becket-lee.com | Mar 08 2022 20:43:49 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519347475 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 08 2022 20:41:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 519347480 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2022 20:43:50 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519347476 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 08 2022 20:43:52 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519347477 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 08 2022 20:43:52 | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519516159 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2022 20:43:54 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519347481 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2022 20:43:50 | Citicards/CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519347482 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 08 2022 20:41:00 | ComenityCB/Haband, POB 182120, Columbus, |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519347484 | | Email/Text: mrdiscen@discover.com | Mar 08 2022 20:41:00 | OH 43218-2120 |
| | | | | Discover, PO Box 15316, Wilmington, DE 19850 |
| 519347500 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2022 20:43:59 | Macys/DSNB, PO Box 8218, Mason, OH 45040 |
| 519347483 | + | Email/Text: mrdiscen@discover.com | Mar 08 2022 20:41:00 | Discover, POB 3025, New Albany, OH 43054-3025 |
| 519516293 | | Email/Text: mrdiscen@discover.com | Mar 08 2022 20:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519347489 | + | Email/Text: EBNBKNOT@ford.com | Mar 08 2022 20:42:00 | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 519347490 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2022 20:43:54 | Goodyear/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519347491 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 08 2022 20:42:00 | Hyundai Capital America, 4000 MacArthur Blvd, Newport Beach, CA 92660-2558 |
| 519347494 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 08 2022 20:43:52 | JPMCB Card, POB 15369, Wilmington, DE 19850 |
| 519347495 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 08 2022 20:43:47 | JPMCB Home, 700 Kansas LN, Monroe, LA 71203 |
| 519347497 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 08 2022 20:41:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 519347498 | + | Email/Text: Documentfiling@lciinc.com | Mar 08 2022 20:41:00 | Lending Club Corporation, 21 Stevenson, Suite 300, San Francisco, CA 94105-2706 |
| 519347499 | | Email/Text: camanagement@mtb.com | Mar 08 2022 20:41:00 | M & T Bank, 1 Fountain Plaza, 4th Floor, Buffalo, NY 14203 |
| 519347502 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 08 2022 20:42:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519347507 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 08 2022 20:43:57 | SYNCB/Home, PO Box 965036, Orlando, FL 32896-5036 |
| 519347508 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 08 2022 20:43:57 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 519347509 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 08 2022 20:43:57 | SYNCB/PC Richard, PO Box 965036, Orlando, FL 32896-5036 |
| 519347510 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 08 2022 20:43:57 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 519347504 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Mar 08 2022 20:42:00 | Sallie Mae, PO Box 3229, Wilmington, DE 19804-0229 |
| 519347505 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2022 20:43:50 | Sears/CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 519347506 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2022 20:43:54 | Sears/CBNA, PO Box 6189, Sioux Falls, SD 57117-6189 |
| 519347511 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 08 2022 20:43:48 | Synchrony Bank, POB 960061, Orlando, FL 32896-0061 |
| 519348733 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 08 2022 20:43:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519347512 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2022 20:43:50 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519347513 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 08 2022 20:42:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519347478 | *+ | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519347479 | *+ | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519347485 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, PO Box 15316, Wilmington, DE 19850 |
| 519347493 | *+ | Isle of Bali II Condominium Association, PO Box 8526, Coral Springs, FL 33075-8526 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 10, 2022                Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew G. Greenberg | on behalf of Debtor John S. Agugliaro a.greenberglawfirm@verizon.net |
| David Wolff | on behalf of Trustee David Wolff dwtrustee@verizon.net NJ50@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5