Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21–18456–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　John S. Agugliaro
　1290 Sioux Road
　North Brunswick, NJ 08902

Social Security No.:
　xxx–xx–2079

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

　　NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:　　4/6/22
Time:　　12:00 PM
Location:　Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

　　The following applications for compensation have been filed:

APPLICANT(S)
Law Offices of David Wolff LLC, Trustee's Attorney

COMMISSION OR FEES
fee: $5,900.00

EXPENSES
$46.51

If this is a chapter 13 case, the fees and expenses awarded:

　　☐　will not reduce the amount to be paid to general unsecured
　　　　creditors under the plan.

　　☐　will reduce the amount to be paid to general unsecured
　　　　creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

　　An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 24, 2022
JAN: bwj

                                                                               Jeanne Naughton
                                                                               Clerk