Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

                          Case No.:  21−18456−CMG  
                          Chapter:  13  
                          Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
    John S. Agugliaro  
    1290 Sioux Road  
    North Brunswick, NJ 08902

Social Security No.:  
    xxx−xx−2079

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

      NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       4/6/22  
Time:      12:00 PM  
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

      The following applications for compensation have been filed:

APPLICANT(S)  
Law Offices of David Wolff LLC, Trustee's Attorney

COMMISSION OR FEES  
fee: $5,900.00

EXPENSES  
$46.51

If this is a chapter 13 case, the fees and expenses awarded:

      ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

      An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 24, 2022
JAN: bwj

                                        Jeanne Naughton
                                        Clerk

Case 21-18456-CMG    Doc 36    Filed 03/26/22    Entered 03/27/22 00:15:20    Desc Imaged
Certificate of Notice    Page 2 of 5

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-18456-CMG
John S. Agugliaro  Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: Mar 24, 2022  Form ID: 137  Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John S. Agugliaro, 1290 Sioux Road, North Brunswick, NJ 08902-1614 |
| 519347472 | + | AMEX/DSNB, 9111 Duke Blvd., Mason, OH 45040-8999 |
| 519347474 | + | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519347473 | + | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519347487 | | Equiant Financial Svcs, 5401 N Pima Rd., Ste 150, Chandler, AZ 85226 |
| 519347488 | + | FNB/Omaha, POB 3412, Omaha, NE 68197-0001 |
| 519519885 | + | First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197-0002 |
| 519347492 | + | Isle of Bali II Condominium Association, PO Box 8526, Coral Springs, FL 33075-8526 |
| 519347496 | + | Kia Motors Finance, 4000 MacArthur Blvd, Ste 1000, Newport Beach, CA 92660-2544 |
| 519347501 | + | Nikki Agugliaro, 118 S 8th Avenue, Highland Park, NJ 08904-3106 |
| 519347503 | + | Raritan Bay FCU, 491 Raritan Street, Sayreville, NJ 08872-1442 |
| 519347515 | + | WF Bank, POB 14517, Des Moines, IA 50306-3517 |
| 519347514 | + | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 519520786 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 24 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 24 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519531345 | | Email/PDF: bncnotices@becket-lee.com | Mar 24 2022 20:41:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519347471 | + | Email/PDF: bncnotices@becket-lee.com | Mar 24 2022 20:52:42 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519347475 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 24 2022 20:44:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 519347480 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2022 20:52:43 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519347476 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 24 2022 20:42:21 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519347477 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 24 2022 20:42:13 | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519532399 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 24 2022 20:52:36 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519532398 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 24 2022 20:42:16 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 21-18456-CMG    Doc 36    Filed 03/26/22    Entered 03/27/22 00:15:20    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 24, 2022 | Form ID: 137 | Total Noticed: 52 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519516159 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2022 20:52:38 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519347481 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2022 21:02:56 | Citicards/CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519347482 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 24 2022 20:44:00 | ComenityCB/Haband, POB 182120, Columbus, OH 43218-2120 |
| 519347484 | | Email/Text: mrdiscen@discover.com | Mar 24 2022 20:38:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 519347500 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2022 21:02:54 | Macys/DSNB, PO Box 8218, Mason, OH 45040 |
| 519347483 | + | Email/Text: mrdiscen@discover.com | Mar 24 2022 20:38:00 | Discover, POB 3025, New Albany, OH 43054-3025 |
| 519347486 | + | Email/Text: mrdiscen@discover.com | Mar 24 2022 20:38:00 | Discover Bank, 502 E Market St, Greenwood, DE 19950-9700 |
| 519516293 | | Email/Text: mrdiscen@discover.com | Mar 24 2022 20:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519347489 | + | Email/Text: EBNBKNOT@ford.com | Mar 24 2022 20:44:00 | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 519347490 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2022 20:52:47 | Goodyear/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519347491 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 24 2022 20:44:00 | Hyundai Capital America, 4000 MacArthur Blvd, Newport Beach, CA 92660-2516 |
| 519347494 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 24 2022 20:42:20 | JPMCB Card, POB 15369, Wilmington, DE 19850 |
| 519347495 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 24 2022 20:42:20 | JPMCB Home, 700 Kansas LN, Monroe, LA 71203 |
| 519347497 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 24 2022 20:38:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 519347498 | + | Email/Text: Documentfiling@lciinc.com | Mar 24 2022 20:38:00 | Lending Club Corporation, 21 Stevenson, Suite 300, San Francisco, CA 94105-2706 |
| 519347499 | | Email/Text: camanagement@mtb.com | Mar 24 2022 20:44:00 | M & T Bank, 1 Fountain Plaza, 4th Floor, Buffalo, NY 14203 |
| 519347502 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 24 2022 20:44:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519347507 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:42:04 | SYNCB/Home, PO Box 965036, Orlando, FL 32896-5036 |
| 519347508 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:42:24 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 519347509 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:42:04 | SYNCB/PC Richard, PO Box 965036, Orlando, FL 32896-5036 |
| 519347510 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:41:57 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 519347504 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Mar 24 2022 20:44:00 | Sallie Mae, PO Box 3229, Wilmington, DE 19804-0229 |
| 519347505 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2022 21:02:53 | Sears/CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 519347506 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2022 21:02:58 | Sears/CBNA, PO Box 6189, Sioux Falls, SD 57117-6189 |
| 519347511 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:42:04 | Synchrony Bank, POB 960061, Orlando, FL 32896-0061 |
| 519348733 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:41:57 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| Recip ID | | | | |
|---|---|---|---|---|
| 519347512 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | Mar 24 2022 21:02:56 | 23541-1021 THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519347513 | + Email/Text: bnc-bluestem@quantum3group.com | | Mar 24 2022 20:44:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519347478 | *+ | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519347479 | *+ | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519347485 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, PO Box 15316, Wilmington, DE 19850 |
| 519347493 | *+ | Isle of Bali II Condominium Association, PO Box 8526, Coral Springs, FL 33075-8526 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 26, 2022    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew G. Greenberg | on behalf of Debtor John S. Agugliaro a.greenberglawfirm@verizon.net |
| David Wolff | on behalf of Trustee David Wolff dwtrustee@verizon.net NJ50@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5