53201
MORTON & CRAIG LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Ford Motor Credit Company LLC
JM5630_____

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHN S. AGUGLIARO

CHAPTER: 13

CASE NO: 21-18456 (CMG)

NOTICE OF APPEARANCE AND
REQUEST FOR ALL NOTICES, PLANS,
AND DISCLOSURE STATEMENTS

Ford Motor Credit Company LLC hereby enters its appearance and the law firm of

Morton & Craig LLC, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for

Ford Motor Credit Company LLC with regard to all matters and proceedings in the above captioned

case, showing counsel's name, office address and telephone number as follows:

Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100

Ford Motor Credit Company LLC, pursuant to Fed R Bankr P 2002, hereby requests that all notices

required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that,

but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code

or their authorized agents, be given to Ford Motor Credit Company LLC by due service upon its

undersigned attorneys, Morton & Craig LLC, at the address stated above and also to it at the

following address:

Ford Motor Credit Company LLC
National Bankruptcy Service Center
P.O. Box 62180
Colorado Springs, CO 80921


Ford Motor Credit Company LLC pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.


          /s/   John R. Morton, Jr.

John R. Morton, Jr., Esquire
Morton & Craig
Attorney For Ford Motor Credit Company LLC

Dated:  5/12/22