UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

John S. Agugliaro

Case No.: 21-18456

Chapter: 13

Judge: Gravelle

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL DOCUMENTS CONCERNING SCHEDULES

TO: John S. Agugliaro

This will confirm that on 7/15/2022 the following document(s) was filed by you.

☒ Amendment to Schedule(s) A/B, C ,

☐ Missing Documents, including Schedule(s) _____ ,

This will further confirm that the court has not received the following supplemental documents:

☒ Declaration About an Individual Debtor's Schedules (106 Declaration)

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 7/15/2022                                                            Jeanne A. Naughton, Clerk

*rev.1/4/17*