Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 21−18456−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John S. Agugliaro
   1290 Sioux Road
   North Brunswick, NJ 08902

Social Security No.:
   xxx−xx−2079

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 25, 2022.

Dated: July 25, 2022
JAN: dmi

                                                                             Jeanne Naughton
                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                 Case No. 21-18456-CMG
John S. Agugliaro                                                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3             User: admin             Page 1 of 4
Date Rcvd: Jul 25, 2022             Form ID: plncf13             Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John S. Agugliaro, 1290 Sioux Road, North Brunswick, NJ 08902-1614 |
| 519347487 | | Equiant Financial Svcs, 5401 N Pima Rd., Ste 150, Chandler, AZ 85226 |
| 519347492 | + | Isle of Bali II Condominium Association, PO Box 8526, Coral Springs, FL 33075-8526 |
| 519347501 | #+ | Nikki Agugliaro, 118 S 8th Avenue, Highland Park, NJ 08904-3106 |
| 519347503 | + | Raritan Bay FCU, 491 Raritan Street, Sayreville, NJ 08872-1442 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 25 2022 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 25 2022 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519347472 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2022 20:49:15 | AMEX/DSNB, 9111 Duke Blvd., Mason, OH 45040-8999 |
| 519531345 | | Email/PDF: bncnotices@becket-lee.com | Jul 25 2022 20:49:33 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519347471 | + | Email/PDF: bncnotices@becket-lee.com | Jul 25 2022 20:49:27 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519347473 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 25 2022 20:44:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519347474 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 25 2022 20:44:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519347475 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 25 2022 20:44:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 519347480 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2022 20:49:15 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519347476 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2022 20:49:03 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519347477 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2022 20:49:02 | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519532399 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 25 2022 20:49:28 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519532398 | + | Email/PDF: ebn_ais@aisinfo.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 25, 2022 | Form ID: plncf13 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 25 2022 20:49:27 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519516159 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 25 2022 20:49:40 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519347481 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 25 2022 20:49:39 | Citicards/CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519347482 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jul 25 2022 20:44:00 | ComenityCB/Haband, POB 182120, Columbus, OH 43218-2120 |
| 519347484 | | Email/Text: mrdiscen@discover.com | | |
| | | | Jul 25 2022 20:44:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 519347500 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 25 2022 20:49:15 | Macys/DSNB, PO Box 8218, Mason, OH 45040 |
| 519347483 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Jul 25 2022 20:44:00 | Discover, POB 3025, New Albany, OH 43054-3025 |
| 519347486 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Jul 25 2022 20:44:00 | Discover Bank, 502 E Market St, Greenwood, DE 19950-9700 |
| 519516293 | | Email/Text: mrdiscen@discover.com | | |
| | | | Jul 25 2022 20:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519347488 | | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | | Jul 25 2022 20:44:00 | FNB/Omaha, POB 3412, Omaha, NE 68197 |
| 519519885 | | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | | Jul 25 2022 20:44:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197 |
| 519629911 | | Email/Text: EBNBKNOT@ford.com | | |
| | | | Jul 25 2022 20:45:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 519347489 | + | Email/Text: EBNBKNOT@ford.com | | |
| | | | Jul 25 2022 20:45:00 | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 519347490 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 25 2022 20:49:39 | Goodyear/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519347491 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |
| | | | Jul 25 2022 20:45:00 | Hyundai Capital America, 4000 MacArthur Blvd, Newport Beach, CA 92660-2516 |
| 519563985 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |
| | | | Jul 25 2022 20:45:00 | Hyundai Lease Titling Trust, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 519347494 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jul 25 2022 20:49:23 | JPMCB Card, POB 15369, Wilmington, DE 19850 |
| 519347495 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jul 25 2022 20:49:33 | JPMCB Home, 700 Kansas LN, Monroe, LA 71203 |
| 519347496 | ^ | MEBN | | |
| | | | Jul 25 2022 20:41:13 | Kia Motors Finance, 4000 MacArthur Blvd, Ste 1000, Newport Beach, CA 92660-2544 |
| 519347497 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Jul 25 2022 20:44:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 519347498 | + | Email/Text: Documentfiling@lciinc.com | | |
| | | | Jul 25 2022 20:44:00 | Lending Club Corporation, 21 Stevenson, Suite 300, San Francisco, CA 94105-2706 |
| 519565804 | + | Email/Text: Documentfiling@lciinc.com | | |
| | | | Jul 25 2022 20:44:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 519347499 | | Email/Text: camanagement@mtb.com | | |
| | | | Jul 25 2022 20:44:00 | M & T Bank, 1 Fountain Plaza, 4th Floor, Buffalo, NY 14203 |
| 519347502 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Jul 25 2022 20:45:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519539483 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Jul 25 2022 20:45:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519347507 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 25 2022 20:49:34 | SYNCB/Home, PO Box 965036, Orlando, FL 32896-5036 |
| 519347508 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 25 2022 20:49:04 | SYNCB/Lowes, PO Box 965005, Orlando, FL |

Case 21-18456-CMG   Doc 56   Filed 07/27/22   Entered 07/28/22 00:14:46   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 25, 2022 | Form ID: plncf13 | Total Noticed: 57 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519347509 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2022 20:49:34 | SYNCB/PC Richard, PO Box 965036, Orlando, FL 32896-5036 |
| 519347510 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2022 20:49:24 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 519347504 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Jul 25 2022 20:45:00 | Sallie Mae, PO Box 3229, Wilmington, DE 19804-0229 |
| 519347505 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2022 20:49:28 | Sears/CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 519347506 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2022 20:49:28 | Sears/CBNA, PO Box 6189, Sioux Falls, SD 57117-6189 |
| 519567433 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2022 20:49:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519347511 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2022 20:49:04 | Synchrony Bank, POB 960061, Orlando, FL 32896-0061 |
| 519348733 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2022 20:49:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519347512 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2022 20:49:14 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519347515 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 25 2022 20:49:15 | WF Bank, POB 14517, Des Moines, IA 50306-3517 |
| 519347513 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 25 2022 20:45:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519347514 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 25 2022 20:49:29 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 519520786 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 25 2022 20:49:15 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 519347478 | *+ | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519347479 | *+ | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519347485 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, PO Box 15316, Wilmington, DE 19850 |
| 519347493 | *+ | Isle of Bali II Condominium Association, PO Box 8526, Coral Springs, FL 33075-8526 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 25, 2022 | Form ID: plncf13 | Total Noticed: 57 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2022  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2022 at the address(es) listed below:**

**Name**  **Email Address**

Albert Russo
docs@russotrustee.com

Andrew G. Greenberg
on behalf of Debtor John S. Agugliaro a.greenberglawfirm@verizon.net

David Wolff
on behalf of Trustee David Wolff dwtrustee@verizon.net  NJ50@ecfcbis.com

Denise E. Carlon
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John R. Morton, Jr.
on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6