UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

53201
Morton & Craig LLC
William E. Craig, Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Ford Motor Credit Company LLC
JM-5630

**Order Filed on September 16, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JOHN S. AGUGLIARO

Case No.:  21-18456

Hearing Date:

Judge: CMG

### ORDER PROVIDING THAT FORD MOTOR CREDIT COMPANY LLC IS UNAFFECTED BY DEBTOR'S PLAN

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 16, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: John S. Agugliaro
Case No:  21-18456 (CMG)

This matter having brought before this Court on an Objection To Confirmation filed by John R. Morton, Jr., Esq., attorney for Ford Motor Credit Company LLC, with the appearance of Andrew G. Greenberg, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

1. **That Ford Motor Credit Company LLC ("Ford") is the holder of a first purchase money security interest encumbering a 2015 Ford Fusion bearing vehicle identification number 3FA6P0K90FR217788.**
2. **That, Ford Motor Credit shall be unaffected by the Debtor's Chapter 13 Plan, and Ford's lien will not be discharged upon completion of the Plan.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-18456-CMG |
| John S. Agugliaro | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 16, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John S. Agugliaro, 1290 Sioux Road, North Brunswick, NJ 08902-1614 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2022            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew G. Greenberg | on behalf of Debtor John S. Agugliaro a.greenberglawfirm@verizon.net |
| David Wolff | on behalf of Trustee David Wolff dwtrustee@verizon.net NJ50@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| U.S. Trustee | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Sep 16, 2022 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6