UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew G. Greenberg, Esq.
4400 Route 9 South
Suite 1000
Freehold, NJ 07728
(732) 236-4375
Attorney for Debtor

In Re:

John S. Agugliaro

Case No.:     21-18456

Judge:     Gravelle

Chapter:     13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.     ☒ Motion for Relief from the Automatic Stay filed by    Rocket Mortgage, LLC   , creditor,

    A hearing has been scheduled for    July 19, 2023   , at   9 am  .

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2.     I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:
I paid the post-petition arrears in the amount of $5,595.18 on June 29, 2023 (See attached) and will resume payments in July 2023.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 7/12/2023                                          /s/ John S. Agugliaro
                                                          Debtor's Signature

Date: _____           _____
                                                          Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

View Online

# ROCKET Mortgage

**PAYMENT CENTER   DOCUMENTS   MOBILE APP   LOAN INFORMATION**

Hi John,

Your payment has been scheduled for the loan ending in 5142.

**Loan Information**

| | |
|---|---|
| Scheduled Date: | June 29, 2023 |
| Payment Amount: | $5,595.18 |
| From Bank Account Ending in: | 0879 |
| Payment Confirmation Code: | N28F83GF |

Keep in mind, it may take 1 to 2 business days for payments to be reflected in your bank account.

You can always visit Rocket Mortgage® to view your payment history, loan information and more.

Sign In

**View FAQ**    **Contact Us**    **Sign In To Rocket Mortgage®**