54303
Morton & Craig, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Hyundai Capital America as servicer for Hyundai Lease Titling Trust
JM5630_____

|  |  |
|---|---|
| IN RE:<br><br>JOHN S. AGUGLIARO | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER: 13<br>CASE NO: 21-18456 (CMG)<br>HEARING DATE:<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS |

Hyundai Capital America as servicer for Hyundai Lease Titling Trust enters its appearance and the law firm of Morton & Craig, LLC, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for Hyundai Capital America as servicer for Hyundai Lease Titling Trust with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

Morton & Craig, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

Hyundai Capital America as servicer for Hyundai Lease Titling Trust pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including

notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Hyundai Capital America as servicer for Hyundai Lease Titling Trust by due service upon its undersigned attorneys at the address stated above and also to it at the following address:

Hyundai Capital America as servicer for Hyundai Lease Titling Trust
P. O. Box 20809
Fountain Valley, CA 92728

Hyundai Capital America as servicer for Hyundai Lease Titling Trust pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

/s/ William E. Craig, Esq.
    William E. Craig, Esq.
    Attorney for Hyundai Capital America servicer
    for Hyundai Lease Titling Trust