| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 21-18456 / CMG**

John S. Agugliaro

Petition Filed Date: 10/31/2021
341 Hearing Date: 03/24/2022
Confirmation Date: 07/20/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2023 | $860.00 | 89217810 | 02/07/2023 | $860.00 | 89857980 | 03/07/2023 | $860.00 | 90412150 |
| 04/10/2023 | $860.00 | 91006050 | 05/03/2023 | $860.00 | 91467010 | 06/05/2023 | $860.00 | 92066990 |
| 07/07/2023 | $860.00 | 92622270 | 09/05/2023 | $860.00 | 93583420 | 09/07/2023 | $860.00 | 93655150 |
| 10/17/2023 | $860.00 | 94353190 | 11/13/2023 | $860.00 | 94797260 | | | |

**Total Receipts for the Period: $9,460.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,275.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | John S. Agugliaro | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Andrew G. Greenberg, Esq.<br>»» CH 13 DISCLOSURE | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | CITIBANK, N.A. | Unsecured Creditors | $3,564.54 | $184.43 | $3,380.11 |
| 2 | DISCOVER BANK | Unsecured Creditors | $7,907.37 | $409.12 | $7,498.25 |
| 3 | DISCOVER BANK | Unsecured Creditors | $2,951.18 | $152.70 | $2,798.48 |
| 4 | FIRST NATIONAL BANK OF OMAHA | Unsecured Creditors | $7,786.05 | $402.83 | $7,383.22 |
| 5 | WELLS FARGO BANK, NA | Unsecured Creditors | $11,518.90 | $595.96 | $10,922.94 |
| 6 | CITIBANK, N.A.<br>»» DRIVE CARD | Unsecured Creditors | $776.98 | $40.20 | $736.78 |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $7,212.60 | $373.16 | $6,839.44 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,088.05 | $211.50 | $3,876.55 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,692.03 | $139.29 | $2,552.74 |
| 10 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC<br>»» P/1290 SIOUX RD/1ST MTG | Mortgage Arrears | $132.65 | $132.65 | $0.00 |
| 11 | DAVID WOLFF, ESQ | Other Administrative Fees | $5,946.51 | $5,946.51 | $0.00 |
| 12 | HYUNDAI CAPITAL AMERICA<br>»» 2020 HYUNDAI ELANTRA/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 13 | LENDINGCLUB BANK, NA | Unsecured Creditors | $13,787.00 | $713.30 | $13,073.70 |
| 14 | LVNV FUNDING LLC<br>»» HOME DESIGN/SYNCHRONY | Unsecured Creditors | $7,192.90 | $372.15 | $6,820.75 |
| 15 | FORD MOTOR CREDIT COMPANY LLC<br>»» 2015 FORD FUSION/ORDER 9/16/22 | Debt Secured by Vehicle<br>No Disbursements: Filed Out of Time - NO NOT | $0.00 | $0.00 | $0.00 |
| 16 | Isle of Bali II Condominium Association<br>»» LIKI TIKI TIMESHARE WEEK #19 | Secured Creditors<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-18456 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 17 | Isle of Bali II Condominium Association<br>»»  LIKI TIKI TIMESHARE WEEK #51 | Secured Creditors<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 18 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC<br>»»  1290 SIOUX ROAD/ATTY FEES 8/11/23 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,275.00 | Plan Balance: | $34,138.00 ** |
| Paid to Claims: | $13,211.80 | Current Monthly Payment: | $860.00 |
| Paid to Trustee: | $1,063.20 | Arrearages: | $1,720.00 |
| Funds on Hand: | $0.00 | Total Plan Base: | $48,413.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.