UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Andrew G. Greenberg, Esq.
4400 Route 9 South
Suite 1000
Freehold, NJ 07728
(732) 236-4375
Attorney for Debtor

In Re:

John S. Agugliaro

Case No.:         21-18456

Chapter:              13

Judge:            Gravelle

# NOTICE OF DEATH OR
# FINDING OF INCOMPETENCY OF A DEBTOR

I, Nikki M. Agugliaro, am the

☒ Executor (select if appointed by a will)

☐ Administrator (select if no will and appointed by a probate court)

of the estate of _____ (name of debtor),

☐ Other (identify relationship to debtor) _____,

and hereby certify as follows:

1. Debtor, John S. Agugliaro (name of debtor),

    ☒ died on 11/30/2023 (date).

    ☐ was declared legally incompetent on _____ (date) by _____
    _____ (insert appropriate court).

**IMPORTANT: PLEASE DO NOT INCLUDE CERTIFICATE OF DEATH OR COURT ORDER PERTAINING TO INCOMPETENCY OR GUARDIANSHIP WHEN E-FILING THIS FORM. ENTER THE CERTIFICATE OF DEATH OR COURT ORDER PERTAINING TO INCOMPETENCY OR GUARDIANSHIP SEPARATELY, AS INSTRUCTED IN CM/ECF.**

2. The debtor's legal representative is <u>Nikki M. Agugliaro (See address below)</u>

   _____ (if known, include title and contact information).

3. I do ☒ / do not ☐ have knowledge of the debtor's assets and liabilities, and financial aspects of the debtor's estate.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, then I am subject to punishment.

Dated: 4/16/2024

Signature: /s/ Nikki M. Agugliaro

Print name: Nikki M. Agugliaro

Address: 98 Clay Street

North Brunswick, NJ 08902

Filed by: Andrew G. Greenberg, Esq.
Attorney/Other

rev.2/5/2024