UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew G. Greenberg, Esq.
4400 Route 9 South
Suite 1000
Freehold, NJ 07728
(732) 236-4375
Attorney for Debtor

In Re:

John S. Agugliaro

Case No.: 21-18456

Chapter: 13

Adv. No.: _____

Hearing Date: 5/15/2024

Judge: Gravelle

## CERTIFICATION OF SERVICE

1. I, __Andrew G. Greenberg, Esq.__ :

   ☒ represent __debtor__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __4/17/2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Motion to Continue Administration of Bankruptcy Case

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 5/14/2024

/s/ Andrew G. Greenberg, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Law Offices of John R. Morton, Jr.<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057 | Attorney for Ford Motor Credit Company | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eisenberg Gold & Agrawal, P.C.<br>1040 Kings Highway North<br>Suite 200<br>Cherry Hill, NJ 08034 | Attorneys for Hyundai Capital America | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Attorneys for Rocket Mortgage | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Standing Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>U.S. Dept. of Justice<br>Office of the U.S. Trustee<br>One Newark Center<br>Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Law Office of David Wolff, LLC<br>396 Route 34<br>Matawan, NJ 07747 | Attorney for David Wolff, Chapter 7 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All creditors on attached list | Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

# Creditors

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

(519531345)
(cr)

**Amex**
PO Box 297871
Fort Lauderdale, FL 33329

(519347471)
(cr)

**AMEX/DSNB**
9111 Duke Blvd.
Mason, OH 45040

(519347472)
(cr)

**Bank of America**
4909 Savarese Circle
Tampa, FL 33634

(519347474)
(cr)

**Bank of America**
PO Box 982238
El Paso, TX 79998

(519347473)
(cr)

**Barclays Bank**
PO Box 8803
Wilmington, DE 19899

(519347475)
(cr)

**Capital One**
PO Box 31293
Salt Lake City, UT 84131

(519347476)
(cr)

**Capital One Bank**
PO Box 31293
Salt Lake City, UT 84131

(519347478)
(cr)

**Capital One Bank**
PO Box 31293
Salt Lake City, UT 84131

(519347477)
(cr)

**Capital One Bank**
PO Box 31293
Salt Lake City, UT 84131

(519347479)
(cr)

**Capital One Bank (USA), N.A.**
4515 N Santa Fe Ave
Oklahoma City, OK 73118

(519532399)
(cr)

**Capital One N.A.**
4515 N Santa Fe Ave
Oklahoma City, OK 73118

(519532398)
(cr)

**CBNA**  
PO Box 6497  
Sioux Falls, SD 57117  
(519347480)  
(cr)

**Citibank, N.A.**  
5800 S Corporate Pl  
Sioux Falls, SD 57108-5027  
(519516159)  
(cr)

**Citicards/CBNA**  
PO Box 6241  
Sioux Falls, SD 57117  
(519347481)  
(cr)

**ComenityCB/Haband**  
POB 182120  
Columbus, OH 43218  
(519347482)  
(cr)

**Discover**  
POB 3025  
New Albany, OH 43054  
(519347483)  
(cr)

**Discover**  
PO Box 15316  
Wilmington, DE 19850  
(519347484)  
(cr)

**Discover**  
PO Box 15316  
Wilmington, DE 19850  
(519347485)  
(cr)

**Discover Bank**  
502 E Market St  
Greenwood, DE 19950  
(519347486)  
(cr)

**Discover Bank**  
Discover Products Inc  
PO Box 3025  
New Albany, OH 43054-3025  
(519516293)  
(cr)

**Equiant Financial Svcs**  
5401 N Pima Rd., Ste 150  
Chandler, AZ 85226  
(519347487)  
(cr)

**First National Bank of Omaha**  
1620 Dodge St Stop Code 3129  
Omaha Ne 68197  
(519519885)  
(cr)

**FNB/Omaha**  
POB 3412  
Omaha, NE 68197  
(519347488)  
(cr)

**Ford Motor Credit**  
PO Box 542000  
Omaha, NE 68154  
(519347489)  
(cr)

**Ford Motor Credit Company LLC**  
P.O. Box 62180  
Colorado Springs, CO 80962  
(519629911)  
(cr)

**Goodyear/CBNA**  
PO Box 6497  
(519347490)  
(cr)

Sioux Falls, SD 57117

**Hyundai Capital America**  (519347491)
4000 MacArthur Blvd  (cr)
Newport Beach, CA 92660

**Hyundai Lease Titling Trust**  (519563985)
P.O. Box 20809  (cr)
Fountain Valley, CA 92728

**Isle of Bali II Condominium Association**  (519347492)
PO Box 8526  (cr)
Coral Springs, FL

**Isle of Bali II Condominium Association**  (519347493)
PO Box 8526  (cr)
Coral Springs, FL

**JPMCB Card**  (519347494)
POB 15369  (cr)
Wilmington, DE 19850

**JPMCB Home**  (519347495)
700 Kansas LN  (cr)
Monroe, LA 71203

**Kia Motors Finance**  (519347496)
4000 MacArthur Blvd  (cr)
Ste 1000
Newport Beach, CA 92660

**Kohls/Capital One**  (519347497)
N56 W 17000 Ridgewood Dr  (cr)
Menomonee Falls, WI 53051

**Lending Club Corporation**  (519347498)
21 Stevenson  (cr)
Suite 300
San Francisco, CA 94105

**LendingClub Bank, NA**  (519565804)
P.O. BOX 884268  (cr)
Los Angeles, CA 90088

**LVNV Funding LLC**  (519928243)
PO Box 10587  (cr)
Greenville, SC 29603

**LVNV Funding LLC**
PO Box 10587
Greenville, SC 29603  (519928244)
LVNV Funding LLC  (cr)
PO Box 10587
Greenville, SC 29603

**M & T Bank**  (519347499)
1 Fountain Plaza  (cr)

4th Floor
Buffalo, NY 14203

**Macys/DSNB**
PO Box 8218
Mason, OH 45040

(519347500)
(cr)

**Nikki Agugliaro**
118 S 8th Avenue
Highland Park, NJ

(519347501)
(cr)

**Quicken Loans**
1050 Woodward Avenue
Detroit, MI 48226

(519347502)
(cr)

**Raritan Bay FCU**
491 Raritan Street
Sayreville, NJ 08872

(519347503)
(cr)

**Rocket Mortgage, LLC f/k/a Quicken Loans, at. el**
635 Woodward Avenue
Detroit MI 48226

(519539483)
(cr)

**Sallie Mae**
PO Box 3229
Wilmington, DE 19804

(519347504)
(cr)

**Sears/CBNA**
PO Box 6283
Sioux Falls, SD 57117

(519347505)
(cr)

**Sears/CBNA**
PO Box 6189
Sioux Falls, SD 57117

(519347506)
(cr)

**SYNCB/Home**
PO Box 965036
Orlando, FL 32896

(519347507)
(cr)

**SYNCB/Lowes**
PO Box 965005
Orlando, FL 32896

(519347508)
(cr)

**SYNCB/PC Richard**
PO Box 965036
Orlando, FL 32896

(519347509)
(cr)

**SYNCB/Walmart**
PO Box 965024
Orlando, FL 32896

(519347510)
(cr)

**Synchrony Bank**
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-0000

(519567433)
(cr)

**Synchrony Bank**
POB 960061
Orlando, FL 32896

(519347511)
(cr)

**THD/CBNA**
PO Box 6497
Sioux Falls, SD 57117

(519347512)
(cr)

**Webbank/Fingerhut**
6250 Ridgewood Road
Saint Cloud, MN 56303

(519347513)
(cr)

**Wells Fargo**
PO Box 14517
Des Moines, IA 50306

(519347514)
(cr)

**Wells Fargo Bank, N.A.**
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

(519520786)
(cr)

**WF Bank**
POB 14517
Des Moines, IA 50306

(519347515)
(cr)