| | |
|---|---|
| **NITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| Andrew G. Greenberg, Esq.<br>4400 Route 9 South<br>Suite 1000<br>Freehold, NJ 07728<br>(732) 236-4375<br>Attorney for Debtor | **Order Filed on June 10, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>**John S. Agugliaro**<br><br><br>**Debtor(s)** | Case No.: 21-18456<br><br>Hearing:   May 15, 2024<br><br>Judge: Christine M. Gravelle |

# ORDER ALLOWING CONTINUED ADMINISTRATION
# OF THE CHAPTER 13 BANKRUPTCY CASE

The relief set forth on the following pages, numbered two (2) through two is ORDERED.

**DATED: June 10, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**THIS MATTER** comes before the Court upon the Notice by Nikki M. Agugliaro, the representative of the debtor, that the above referenced debtor, John S. Agugliaro, died on November 30, 2023, and Motion requesting an Order of this Court allowing the continued administration of the bankruptcy case pursuant to F.R.B.P. 1016. The petition was converted to Chapter 13 on February 22, 2022. The Chapter 13 plan was confirmed on July 20, 2022. The Movant asserts that there is an adequate source of funding to allow a continuation of the payments pursuant to the confirmed plan from the sale of debtor's real estate.

NOW, THEREFORE, upon good cause shown,

IT IS HEREBY ORDERED that Nikki M. Agugliaro is hereby permitted to continue the administration of the bankruptcy case, and the case will continue, pursuant to F.R.B.P. 1016.