UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on June 10, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

John S. Agugliaro

Case No.: 21-18456-CMG

Chapter: 13

Judge: Christine M. Gravelle

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

DATED: June 10, 2024

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of  Andrew Greenberg on behalf of John Agugliaro  for the reduction of time for a hearing on  Motion to Sell  under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  June 12, 2024  at  2:00PM  in the United States Bankruptcy Court,  U.S.B.C. 402 East State Street, Trenton, NJ 08608 , Courtroom No.  3 .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Chapter 13 Trustee and all creditors

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

　　☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

　　☒ may be presented orally at the hearing.

8.　☒ Court appearances are required to prosecute the motion/application and any objections.

　　☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*

3