UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew G. Greenberg, Esq.
4400 Route 9 South
Suite 1000
Freehold, NJ 07728
(732) 236-4375
Attorney for Debtor

In Re:

John S. Agugliaro

Case No.: 21-18456

Chapter: 13

Adv. No.: _____

Hearing Date: 6/12/2024

Judge: Gravelle

## CERTIFICATION OF SERVICE

1. I, Andrew G. Greenberg, Esq. :

   ☒ represent __debtor__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __June 10, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Order Shortening Time Period For Notice, Setting Hearing And Limiting Notice and Debtor's Motion to Sell

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 6/12/2024

/s/ Andrew G. Greenberg, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Law Offices of John R. Morton, Jr.<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057 | Attorney for secured creditor, Ford Motor Credit Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eisenber Gold & Agrawal, P.C.<br>1040 Kings Highway North<br>Suite 200<br>Cherry Hill, NJ 08034 | Attorneys for secured creditor, Hyundai Capital America | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Attorneys for secured creditor, Rocket Mortgage | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Standing Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Law Office of David Wolff, LLC<br>396 Route 34<br>Matawan, NJ 07747 | Attorney for David Wolff, Chapter 7 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isle of Bali II Condominium Assoc.<br>PO Box 8526<br>Coral Springs, FL 33065 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Citibank<br>5800 S. Corporate Pl.<br>Sioux Falls, SD 57108 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover<br>PO Box 3025<br>New Albany, OH 43054 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Unsecured Creditors on attached list | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Overnight Mail</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

First National Bank of Omaha

1620 Dodge St.

Omaha, NE 68197

Wells Fargo Bank

PO Box 10438

Des Moines, IA 50306

American Express

C/O Becket and lee LLP

PO Box 3001

Malvern, PA 19355

Capital One

4515 Santa Fe Ave.

Oklahoma City, OK 73118

LendingClub Bank

PO Box 884268

Los Angeles, CA 90088

LVNV Funding LLC

PO Box 10587

Greenville, SC 29603