| | |
|---|---|
| **NITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Andrew G. Greenberg, Esq.<br>4400 Route 9 South<br>Suite 1000<br>Freehold, NJ 07728<br>(732) 236-4375<br>Attorney for Debtor<br><br>In Re:<br><br>**John S. Agugliaro**<br><br><br>**Debtor(s)** | Order Filed on June 10, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 21-18456<br><br>Hearing:   May 15, 2024<br><br>Judge: Christine M. Gravelle |

# ORDER ALLOWING CONTINUED ADMINISTRATION

## OF THE CHAPTER 13 BANKRUPTCY CASE

The relief set forth on the following pages, numbered two (2) through two is ORDERED.

**DATED: June 10, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**THIS MATTER** comes before the Court upon the Notice by Nikki M. Agugliaro, the representative of the debtor, that the above referenced debtor, John S. Agugliaro, died on November 30, 2023, and Motion requesting an Order of this Court allowing the continued administration of the bankruptcy case pursuant to F.R.B.P. 1016. The petition was converted to Chapter 13 on February 22, 2022. The Chapter 13 plan was confirmed on July 20, 2022. The Movant asserts that there is an adequate source of funding to allow a continuation of the payments pursuant to the confirmed plan from the sale of debtor's real estate.

NOW, THEREFORE, upon good cause shown,

IT IS HEREBY ORDERED that Nikki M. Agugliaro is hereby permitted to continue the administration of the bankruptcy case, and the case will continue, pursuant to F.R.B.P. 1016.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-18456-CMG
John S. Agugliaro  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Jun 10, 2024  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John S. Agugliaro, 1290 Sioux Road, North Brunswick, NJ 08902-1614 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2024 at the address(es) listed below:**

**Name**    **Email Address**

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Andrew G. Greenberg
    on behalf of Debtor John S. Agugliaro a.greenberglawfirm@verizon.net

David Wolff
    on behalf of Trustee David Wolff dwtrustee@verizon.net NJ50@ecfcbis.com

Denise E. Carlon
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John R. Morton, Jr.
    on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 10, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Michael Patrick Farrington   on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. tue67813@temple.edu

U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

William E. Craig   on behalf of Creditor Hyundai Capital America as servicer for Hyundai Lease Titling Trust wcraig@egalawfirm.com mortoncraigecf@gmail.com

TOTAL: 9