UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew G. Greenberg, Esq.
4400 Route 9 South
Suite 1000
Freehold, NJ 07728
(732) 236-4375
Attorney for Debtor

In Re:

John S. Agugliaro

Case No.: 21-18456

Chapter: 13

Adv. No.: _____

Hearing Date: 9/18/2024

Judge: Christine M. Gravelle

## CERTIFICATION OF SERVICE

1. I, Andrew G. Greenberg, Esq. :

   ☒ represent _____debtor_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On 8/26/2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Debtor's Motion to Close Case Early

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 9/17/2024                             /s/ Andrew G. Greenberg, Esq.
                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Standing Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| EXP Realty LLC/Joe Colella<br>28 Valley Road<br>Suite 1<br>Montclair, NJ 07042 | Realtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Falk Flotteron & Davidson, LLP<br>Kim M. Flotteron, Esq.<br>241 Main Street<br>Suite 101<br>Woodbridge, NJ 07095 | Special Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John R. Morton, Esq.<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057 | Attorney for secured creditor, Ford Motor Credit Company | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eisenberg Gold & Agrawal, PC<br>1040 Kings Highway North<br>Ste 200<br>Cherry Hill, NJ 08034 | Attorneys for secured creditor, Hyundai Capital America | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadephia, PA 19106 | Attorneys for secured creditor, Rocket Mortgage, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the U.S. Trustee<br>One Newark Center<br>Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| David Wolff, Esq.<br>750 Route 34<br>Matawan, NJ 07747 | Chapter 7 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*