UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Andrew G. Greenberg, Esq.
4400 Route 9 South
Suite 1000
Freehold, NJ 07728
(732) 236-4375
Attorney for Debtor

Order Filed on September 18, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
John S. Agugliaro

Case No.: 21-18456
Chapter: 13
Hearing Date: September 18, 2024
Judge: Christine M. Gravelle

# ORDER
## ALLOWING CASE TO CLOSE EARLY

The relief set forth on the following pages, numbered two (2) through two (2), is **ORDERED**.

DATED: September 18, 2024

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: John S. Agugliaro
Case No.: 21-18456-CMG
ORDER ON MOTION TO ALLOW CASE TO CLOSE EARLY

---

**THIS MATTER** having come before the Court upon the Motion of Andrew G. Greenberg, Esq., attorney for debtor, for an Order to Allow Case to Close Early and the Court having considered the application submitted in support thereof, the opposition thereto, if any and for good cause shown, it is hereby

**ORDERED**

1. That the within Chapter 13 bankruptcy case be allowed to close early; and

2. That the Chapter 13 Standing Trustee shall prepare his closing audit and final accounting upon entry of this Order; and it is

**FURTHER ORDERED** that a copy of this Order shall be served on all parties in interest with five (5) days of the date hereof.