```
┌─────────────────────────────────────────────────────────────────────────────┐
│ Information to identify the case:                                             │
│                                                                               │
│ Debtor 1                                                                      │
│              John S. Agugliaro                    Social Security number or ITIN  xxx–xx–2079 │
│              ────────────────────────             EIN  _ _–_ _ _ _ _ _ _      │
│              First Name  Middle Name  Last Name                               │
│                                                                               │
│ Debtor 2                                          Social Security number or ITIN  _ _ _ _ │
│ (Spouse, if filing)  First Name  Middle Name  Last Name   EIN  _ _–_ _ _ _ _ _ _ │
│                                                                               │
│ United States Bankruptcy Court   District of New Jersey                       │
│                                                                               │
│ Case number:  21–18456–CMG                                                    │
└─────────────────────────────────────────────────────────────────────────────┘
```

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John S. Agugliaro

<u>11/1/24</u>

**By the court:** <u>Christine M. Gravelle</u>
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 21-18456-CMG

John S. Agugliaro                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                       User: admin                          Page 1 of 4

Date Rcvd: Nov 01, 2024            Form ID: 3180W                    Total Noticed: 60

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | John S. Agugliaro, 1290 Sioux Road, North Brunswick, NJ 08902-1614 |
| r | + | Joe Colella, EXP Realty LLC, 28 Valley Road, Suite 1, Monclair, NJ 07042-2709 |
| sp | + | Kim M. Flotteron, Falk Flotteron & Davidson, LLP, 241 Main Street, Suite 101, Woodbridge, NJ 07095-1928 |
| 519347487 | | Equiant Financial Svcs, 5401 N Pima Rd., Ste 150, Chandler, AZ 85226 |
| 519347492 | + | Isle of Bali II Condominium Association, PO Box 8526, Coral Springs, FL 33075-8526 |
| 519347502 | + | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519347503 | + | Raritan Bay FCU, 491 Raritan Street, Sayreville, NJ 08872-1442 |
| 519539483 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 01 2024 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 01 2024 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519347472 | + | EDI: CITICORP | Nov 02 2024 00:27:00 | AMEX/DSNB, 9111 Duke Blvd., Mason, OH 45040-8999 |
| 519531345 | | Email/PDF: bncnotices@becket-lee.com | Nov 01 2024 20:44:04 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519347471 | + | Email/PDF: bncnotices@becket-lee.com | Nov 01 2024 20:44:39 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519347473 | + | EDI: BANKAMER | Nov 02 2024 00:27:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519347474 | + | EDI: BANKAMER | Nov 02 2024 00:27:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519347475 | + | EDI: TSYS2 | Nov 02 2024 00:27:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 519347480 | + | EDI: CITICORP | Nov 02 2024 00:27:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519347476 | + | EDI: CAPITALONE.COM | Nov 02 2024 00:27:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |

District/off: 0312-3                     User: admin                                    Page 2 of 4
Date Rcvd: Nov 01, 2024                  Form ID: 3180W                              Total Noticed: 60

| 519347477 | + EDI: CAPITALONE.COM | Nov 02 2024 00:27:00 | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
|---|---|---|---|
| 519532399 | + EDI: AIS.COM | Nov 02 2024 00:30:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519532398 | + EDI: AIS.COM | Nov 02 2024 00:30:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519516159 | EDI: CITICORP | Nov 02 2024 00:27:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519347481 | + EDI: CITICORP | Nov 02 2024 00:27:00 | Citicards/CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519347482 | + EDI: WFNNB.COM | Nov 02 2024 00:27:00 | ComenityCB/Haband, POB 182120, Columbus, OH 43218-2120 |
| 519347484 | EDI: DISCOVER | Nov 02 2024 00:27:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 519347500 | EDI: CITICORP | Nov 02 2024 00:27:00 | Macys/DSNB, PO Box 8218, Mason, OH 45040 |
| 519347483 | + EDI: DISCOVER | Nov 02 2024 00:27:00 | Discover, POB 3025, New Albany, OH 43054-3025 |
| 519347486 | + EDI: DISCOVER | Nov 02 2024 00:27:00 | Discover Bank, 502 E Market St, Greenwood, DE 19950-9700 |
| 519516293 | EDI: DISCOVER | Nov 02 2024 00:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519347488 | Email/Text: collecadminbankruptcy@fnni.com | Nov 01 2024 20:42:00 | FNB/Omaha, POB 3412, Omaha, NE 68197 |
| 519519885 | Email/Text: collecadminbankruptcy@fnni.com | Nov 01 2024 20:42:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha NE 68197 |
| 519629911 | Email/Text: EBNBKNOT@ford.com | Nov 01 2024 20:43:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 519347489 | + Email/Text: EBNBKNOT@ford.com | Nov 01 2024 20:43:00 | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 519347490 | + EDI: CITICORP | Nov 02 2024 00:27:00 | Goodyear/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519347491 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 01 2024 20:43:00 | Hyundai Capital America, 4000 MacArthur Blvd, Newport Beach, CA 92660-2516 |
| 519563985 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 01 2024 20:43:00 | Hyundai Lease Titling Trust, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 519347494 | EDI: JPMORGANCHASE | Nov 02 2024 00:27:00 | JPMCB Card, POB 15369, Wilmington, DE 19850 |
| 519347495 | EDI: JPMORGANCHASE | Nov 02 2024 00:27:00 | JPMCB Home, 700 Kansas LN, Monroe, LA 71203 |
| 519347496 | ^ MEBN | Nov 01 2024 20:39:38 | Kia Motors Finance, 4000 MacArthur Blvd, Ste 1000, Newport Beach, CA 92660-2544 |
| 519347497 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 01 2024 20:41:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 519928243 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2024 20:55:10 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519928244 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2024 20:44:39 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519347498 | + EDI: LENDNGCLUB | Nov 02 2024 00:27:00 | Lending Club Corporation, 21 Stevenson, Suite 300, San Francisco, CA 94105-2706 |
| 519565804 | + EDI: LENDNGCLUB | Nov 02 2024 00:27:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |

District/off: 0312-3 | User: admin | Page 3 of 4
---|---|---
Date Rcvd: Nov 01, 2024 | Form ID: 3180W | Total Noticed: 60

| 519347499 | | Email/Text: camanagement@mtb.com | | |
| | | | Nov 01 2024 20:42:00 | M & T Bank, 1 Fountain Plaza, 4th Floor, Buffalo, NY 14203 |
| 519347507 | + | EDI: SYNC | | |
| | | | Nov 02 2024 00:27:00 | SYNCB/Home, PO Box 965036, Orlando, FL 32896-5036 |
| 519347508 | + | EDI: SYNC | | |
| | | | Nov 02 2024 00:27:00 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 519347509 | + | EDI: SYNC | | |
| | | | Nov 02 2024 00:27:00 | SYNCB/PC Richard, PO Box 965036, Orlando, FL 32896-5036 |
| 519347510 | + | EDI: SYNC | | |
| | | | Nov 02 2024 00:27:00 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 519347504 | + | EDI: SALLIEMAEBANK.COM | | |
| | | | Nov 02 2024 00:27:00 | Sallie Mae, PO Box 3229, Wilmington, DE 19804-0229 |
| 519347505 | + | EDI: CITICORP | | |
| | | | Nov 02 2024 00:27:00 | Sears/CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 519347506 | + | EDI: CITICORP | | |
| | | | Nov 02 2024 00:27:00 | Sears/CBNA, PO Box 6189, Sioux Falls, SD 57117-6189 |
| 519567433 | ^ | MEBN | | |
| | | | Nov 01 2024 20:40:54 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519347511 | + | EDI: SYNC | | |
| | | | Nov 02 2024 00:27:00 | Synchrony Bank, POB 960061, Orlando, FL 32896-0061 |
| 519348733 | ^ | MEBN | | |
| | | | Nov 01 2024 20:40:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519347512 | + | EDI: CITICORP | | |
| | | | Nov 02 2024 00:27:00 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519347515 | + | EDI: WFFC2 | | |
| | | | Nov 02 2024 00:27:00 | WF Bank, POB 14517, Des Moines, IA 50306-3517 |
| 519347513 | + | EDI: BLUESTEM | | |
| | | | Nov 02 2024 00:27:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519347514 | + | EDI: WFFC2 | | |
| | | | Nov 02 2024 00:27:00 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 519520786 | | EDI: WFFC2 | | |
| | | | Nov 02 2024 00:27:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 519347478 | *+ | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519347479 | *+ | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519347485 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, PO Box 15316, Wilmington, DE 19850 |
| 519347493 | *+ | Isle of Bali II Condominium Association, PO Box 8526, Coral Springs, FL 33075-8526 |
| 519347501 | ##+ | Nikki Agugliaro, 118 S 8th Avenue, Highland Park, NJ 08904-3106 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0312-3                                    User: admin                                         Page 4 of 4
Date Rcvd: Nov 01, 2024                              Form ID: 3180W                                    Total Noticed: 60

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2024                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew G. Greenberg | on behalf of Debtor John S. Agugliaro a.greenberglawfirm@verizon.net |
| David Wolff | on behalf of Trustee David Wolff dwtrustee@verizon.net  NJ50@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. tue67813@temple.edu |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Hyundai Capital America as servicer for Hyundai Lease Titling Trust wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9